Joseph Bucko, Sr. and Mary Bucko, His Wife, Plaintiffs Below.. Joseph Bucko, Sr., Appellant, v. Joseph Bucko, Jr. et al., Appellees.

Gen. No. 42,093.

Heard in the second division, first district, this court at the December term, 1941; opinion filed February 10, 1944. Francis Heisler and Stanley F. Evans, for appellants; Jacob Levy, for appellees; Edward McTiernan, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.